McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
LESLIE MONAHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S 03-0529 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | [PROPOSED] ORDER |
| | ) | |
| KEVIN POWELL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY ORDERED:**   That the change of plea hearing set for August 16, 2005 is VACATED, and a change of plea hearing date of August 23, 2005 is scheduled. It is further ORDERED that the time under the Speedy Trial Act between August 16, 2005 and August 23, 2005, is excluded under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the

///
///
///
///

1

defendant time to adequately prepare and because Mr. Kmeto is
currently engaged in a jury trial.

Dated: August 19, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2