DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEVIN JASON POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN JASON POWELL,<br><br>    Defendant. | No. 2:03-cr-00529 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

   Defendant, KEVIN JASON POWELL, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Executive Assistant U.S. Attorney Carolyn K. Delaney, hereby stipulate as follows:

   1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

   2.   On November 8, 2005, this Court sentenced Mr. Powell to a term of imprisonment of 262 months;

   3.   The sentencing range applicable to Mr. Powell was

subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

4. Mr. Powell's adjusted offense level has been reduced from 34 to 32, and a sentence at the low end of the new guideline range is 210 months;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Powell's term of imprisonment to a term of 210 months as to Count 1, and 120 months as to Count 4, to run concurrent to one another for a total term of imprisonment of 210 months.

Dated: July 15, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

/s/ *Carolyn K. Delaney*                    /s/ *David M. Porter*
CAROLYN K. DELANEY                          DAVID M. PORTER
Executive Assistant U.S. Attorney           Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Movant
UNITED STATES OF AMERICA                    KEVIN JASON POWELL

ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On November 8, 2005, this Court sentenced Mr. Powell to a term of imprisonment of 262 months. The parties agree, and the Court finds, that Mr. Powell is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 34 to 32.

1  IT IS HEREBY ORDERED that the term of imprisonment originally
2 imposed is reduced to a term of 210 months as to Count 1, and 120
3 months as to Count 4, to run concurrent to one another for a total term
4 of imprisonment of 210 months.
5  IT IS FURTHER ORDERED that all other terms and provisions of the
6 original judgment remain in effect.
7  Unless otherwise ordered, Mr. Powell shall report to the United
8 States Probation office closest to the release destination within
9 seventy-two hours after his release.

Dated: July 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER REDUCING SENTENCE
-3-