UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   No. 2:03-cr-00529-MCE

    Plaintiff,

    v.                          ORDER

KEVIN JASON POWELL,

    Defendant.

----oo0oo----

On March 10, 2009, this Court referred Defendant's Request for Judicial Intervention (Docket No. 57) to the Office of the Federal Defender. In light of Defendant's current representation by Mr. David M. Porter of the Federal Defender's Office with respect to Defendant's request for a retroactive reduction in his crack cocaine, his instant request is DENIED.

    IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1

2