# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN JASON POWELL | ) | Case No: 2:03CR00529-01 |
| | ) | USM No: 14877-097 |
| Date of Previous Judgment: 11/8/2005 | ) | David Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __262__ months **is reduced to** __210__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __34__          Amended Offense Level: __32__
Criminal History Category: __VI__       Criminal History Category: __VI__
Previous Guideline Range: __262__ to __327__ months   Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**
This sentence consists of 210 months on Count 1 and 120 months on Count 4, to run concurrently to each other for a total term of 210 months.

Except as provided above, all provisions of the judgment dated __11/8/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   4/29/2009

Dated: May 14, 2009

_Judge's Signature_

Effective Date: _____
(if different from order date)

MORRISON C. ENGLAND, JR.
Printed name and title