# UNITED STATES DISTRICT COURT
for the

EASTERN   District of CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| KEVIN JASON POWELL | ) | Case No: 2:03CR00529-01 |
| | ) | USM No: 14877-097 |
| Date of Previous Judgment: 11/8/2005 | ) | David Porter, AFD |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  262 months  months **is reduced to**  210 months .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 32 | |
| Criminal History Category: | VI | Criminal History Category: | VI | |
| Previous Guideline Range: | 262 to 327 months | Amended Guideline Range: | 210 to 262 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

This sentence consists of 210 months on Count 1 and 120 months on Count 4, to run concurrently to each other for a total term of 210 months.

Except as provided above, all provisions of the judgment dated  11/8/2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 4/29/2009

Dated: May 18, 2009

_Judge's signature_

Effective Date:
(if different from order date)

MORRISON C. ENGLAND, JR.
Printed name and title